IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:13-cr-0297-AT |
| : | |
| JANET ANSAH OWUSU, : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Janet Ansah Owusu's motion to suppress evidence [Doc. 21]. In her motion filed on August 12, 2013, Defendant Owusu seeks to suppress evidence "seized as a result of a warrantless search for which there was no probable cause" [Doc. 16 at 1]. The Magistrate Judge determined that the search of Defendant's luggage and the puncturing of one or more food packages therein was a routine border search, and thus the officers did not require reasonable suspicion, probable cause, or a warrant. The Magistrate Judge therefore recommends that this Court deny Defendant's motion to suppress evidence.

The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant Owusu's motion to suppress evidence [Doc. 16].

It is so **ORDERED** this 23rd day of December, 2013.

_____
Amy Totenberg
United States District Judge